CENTER FOR DISABILITY ACCESS
RAY BALLISTER, JR., ESQ., SBN 111282
RUSSELL HANDY, ESQ., SBN 195058
FAYTHE GUTIERREZ, ESQ., SBN 310430
8033 LINDA VISTA ROAD, SUITE 200
SAN DIEGO, CA 92111
(858) 375-7385; (888) 422-5191 FAX
faytheg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, <br><br> Plaintiff, <br><br> v. <br><br> **Tokyo LLC,** a California Limited Liability Company; and Does 1-10, <br><br> Defendants. | Case 2:20-cv-01821-CJC-AFM <br><br> **Plaintiff's Application for Default Judgment by Court Against Tokyo LLC** <br><br> Date: October 19, 2020 <br> Time: 1:30 p.m. <br> Ctrm: 9B |

To Defendant Tokyo LLC, and the attorneys of record, if any: Please take notice that on October 19, 2020, at 1:30 p.m., or as soon thereafter as this matter may be heard by this Court located at the First Street Courthouse, 350 W. 1st Street, Courtroom 9B, Los Angeles, California 90012, Plaintiff Brian Whitaker, will present his application for default judgment against defendant Tokyo LLC. The Clerk has previously entered the default on Tokyo LLC on June 19, 2020.

At the time and place of hearing, plaintiff will present proof of the

following matters: (1) Defendant Tokyo LLC ia an entity and not minor or incompetent person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant Tokyo LLC has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, and the Unruh Civil Rights Act.

The Plaintiff seeks a judgment of $4,911.00, in attorneys' fees and costs against Defendant Tokyo LLC.

Additionally, plaintiff seeks an order directing the defendant to provide wheelchair accessible dining surfaces at Donatsu at 330 E. 2nd Street, Los Angeles, California. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this the original application for default judgment by court was served on defendant Tokyo LLC on August 20, 2020, by first class United States Mail, postage prepaid.

Dated: August 20, 2020               CENTER FOR DISABILITY ACCESS

By: */s/ Faythe Gutierrez*
Faythe Gutierrez, Esq.,
Attorney for Plaintiff