JS-6

FILED
CLERK, U.S. DISTRICT COURT

10/30/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>Plaintiff,<br><br>v.<br><br>TOKYO LLC and DOES 1–10,<br><br>Defendants. | Case No.: CV 20-01821-CJC(AFMx)<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE** |

On February 26, 2020, Plaintiff Brian Whitaker filed this lawsuit against Defendant Tokyo LLC and unnamed Does asserting violations of the Americans with Disabilities Act ("ADA") and the Unruh Civil Rights Act ("Unruh Act"). (Dkt. 1 [Complaint, hereinafter "Compl."].) On March 16, 2020, the Court declined to exercise supplemental jurisdiction over Plaintiff's Unruh Act claim, leaving only injunctive relief under the ADA. (Dkt. 10.)

After Defendant failed to appear in this action and the clerk entered default against it, Plaintiff filed an application for default judgment on his Complaint. (Dkt. 19.) On October 8, the Court denied that application for default judgment because his Complaint failed to allege facts sufficient to support his ADA claim. (*See* Dkt. 22.) Because of these fatal deficiencies, the Court ordered Plaintiff to show cause as to why his Complaint should not be dismissed without prejudice by October 23, 2020. (*Id.* at 4.) This deadline has passed, and Plaintiff has failed to respond to the Court's order. Accordingly, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE.**

DATED: October 30, 2020

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE